UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

BRODERICK ISLER

VERSUS

JOHN BELL, ET AL.

CIVIL ACTION

NO. 12-42-BAJ-DLD

## RULING

The Court has carefully considered the petition, the record, the law applicable to this action, and the Report and Recommendation of United States Magistrate Judge Docia L. Dalby dated May 17, 2012 (doc. no. 8) to which no objection has been filed.

The Court hereby approves the report and recommendation of the magistrate judge and adopts it as the Court's opinion herein. Accordingly, the plaintiff's claims are DISMISSED as legally frivolous pursuant to 28 U.S.C. § 1915, and this action is DISMISSED, with prejudice.

Baton Rouge, Louisiana, this 18th day of June, 2012.

BRIAN A. JACKSON, CHIEF JUDGE
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA